IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 1:12-cv-00083 |
| ) | |
| 156.0 ACRES OF LAND, MORE OR LESS, ) | |
| LOCATED IN LAKE UMBAGOG IN THE ) | |
| TOWN OF ERROL, SITUATED IN THE ) | |
| COUNTY OF COOS, STATE OF NEW ) | |
| HAMPSHIRE, AND SOCIETY FOR THE ) | |
| PROTECTION OF NEW HAMPSHIRE ) | |
| FORESTS, ET AL. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

PROPOSED ORDER TO DEPOSIT FUNDS IN REGISTRY OF COURT
AND PLACE SAID FUNDS IN AN INTEREST BEARING ACCOUNT

The Court, having reviewed the *United States' Ex Parte Motion for Order to Deposit Funds in Registry of Court and Place Said Funds in an Interest Bearing Account,* in which the United States represents that the sum of ONE MILLION ONE THOUSAND AND NO/100 DOLLARS ($1,001,000.00), has been offered in accordance with 40 U.S.C. § 3114 as estimated compensation for the estates taken in this action, IT IS ORDERED that the Clerk of Court for the United States District Court for the District of New Hampshire shall deposit in the registry of the Court the sum of ONE MILLION ONE THOUSAND AND NO/100 DOLLARS ($1,001,000.00), offered by the United States in accordance with 40 U.S.C. § 3114 as estimated compensation for the estates taken in this action, and that the Clerk shall place said sum in the interest bearing account until such time as the funds are withdrawn from the registry of the court.

This the  7th  day of   March        , 2012.

  /s/ Paul Barbadoro  
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record
      Financial Administrator