UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    **v.**                                   Civil No. 12-cv-83-PB

<u>156.0 Acres of Land, More or
Less, Located in Lake Umbagog
In the County of Coos, State of
NH, and Society for the Protection
Of NH Forests, et al.</u>

### O R D E R

The court cannot determine from the present record whether the proposed payment to the owners of the 1/36th fee interest in the subject property qualifies as just compensation.  Within 30 days, the parties shall submit affidavits, exhibits, and other evidence to support their position that the proposed payment qualifies as just compensation.  The court will determine whether a further hearing is required after reviewing the evidence submitted.

    SO ORDERED.

                                               <u>/s/Paul Barbadoro</u>
                                               Paul Barbadoro
                                               United States District Judge

July 31, 2013

cc:  John W. Barto, Esq.
     Michael J. Kraniak, Esq.